IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMIE WITHERS,
    Plaintiff,

vs.                        CASE NO.: 3:06cv134/MCR/MD

DEPARTMENT OF THE NAVY, et al.,
    Defendants.
                                       /

O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 28, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause of action is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B) and the clerk is directed to close the file.

    DONE AND ORDERED this 27th day of September, 2006.

                              _s/ M. Casey Rodgers_
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE